## WILLIAM KEITH *versus* JAMES THOMAS

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Time for filing declaration extended *p. 359; (2) discontinued *p. 474. *Journal 4:* (3) Discontinued MS p. 1.

PAPERS IN FILE: (1) Precipe for capias; (2) verified account; (3) capias, notice to sheriff not to require bail, sheriff's return.

*1822–23 Calendar*, MS p. 58.

## JOHN JACOB ASTOR, RAMSAY CROOKS AND ROBERT STUART, MERCHANTS TRADING UNDER THE FIRM OF THE AMERICAN FUR COMPANY, *versus* JOHN JOHNSTON

JOURNAL ENTRIES (1822–27): *Journal 3:* (1) Time for filing declaration extended *p. 359; (2) motion for continuance *p. 435; (3) rule for commission to take depositions *p. 464; (4) continued *p. 475. *Journal 4:* (5) Referred MS p. 8; (6) referred MS p. 11; (7) continued MS p. 93; (8) discontinued MS p. 129.

PAPERS IN FILE: (1) Letter from attorney to clerk re issuance of writ; (2) precipe for capias; (3) affidavit for bail; (4) capias and return; (5) recognizance and bail piece; (6) declaration; (7) plea of non assumpsit and notice of set off; (8) stipulation for continuance; (9) precipe for subpoena; (10) stipulation for reference.

*1822–23 Calendar*, MS p. 59.

## CONRAD TEN EYCK *versus* JOHN WHELEN

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 359; (2) motion for judgment *p. 435; (3) judgment *p. 466.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) recognizance; (4) notice of exception to bail; (5) declaration; (6) precipe for execution ca. sa.; (7) writ of ca. sa. and return.

*1822–23 Calendar*, MS p. 64.